| UNITED STATES BANKRUPTCY COURT _____ District of _____ | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

| Type of Debtor (Form of Organization) (Check **one** box.) | Nature of Business (Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for ☐ Chapter 9          Recognition of a Foreign ☐ Chapter 11        Main Proceeding ☐ Chapter 12      ☐ Chapter 15 Petition for ☐ Chapter 13        Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check **one** box.) |
|---|---|---|
| Country of debtor's center of main interests: Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached. ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). **Check if:** ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*). - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - **Check all applicable boxes:** ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                              THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☐   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| Signatures | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    _____
    Telephone Number (if not represented by attorney)

    _____
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    Date

**Signature of Attorney***

X _____
    Signature of Attorney for Debtor(s)

    _____
    Printed Name of Attorney for Debtor(s)

    _____
    Firm Name

    _____
    Address

    _____
    Telephone Number

    _____
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

    _____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    _____
    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

    _____
    Address

X _____
    Signature

    _____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

    _____
    Printed Name of Authorized Individual

    _____
    Title of Authorized Individual

    _____
    Date

Edward E. Neiger
Marianna Udem
NEIGER LLP
151 West 46th Street
4th Floor
New York, NY 10036
Tel: 212-267-7342
eneiger@neigerllp.com
mudem@neigerllp.com

*Attorneys for Mark R. Fry,*
*as Foreign Representative*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No: - __-_____ |
| PAUL ZEITAL KEMSLEY, | Chapter 15 |
| Debtor. | |

## SUPPLEMENT TO PETITION FOR RECOGNITION
## OF A FOREIGN PROCEEDING

      Mark R. Fry (hereafter the "Foreign Representative") the duly appointed Joint Trustee in Bankruptcy in the bankruptcy proceeding of Paul Zeital Kemsley ("Kemsley" or the "Debtor") pursuant to the British Bankruptcy Law by and through his undersigned counsel, hereby files this petition for recognition of a foreign proceeding pursuant to section 1515 of Title 11 of the United States Code (the "Bankruptcy Code") to commence a case ancillary to a foreign proceeding. Contemporaneously herewith, the Foreign Representative has filed a Petition for Recognition of a Foreign Proceeding (Official Form 1) requesting relief pursuant to Chapter 15 of the Bankruptcy Code, and List of Names and Addresses in Support of Petition for Recognition of Foreign Proceeding in Compliance with Interim Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.  In support of the petition, the Foreign Representative alleges as follows:

## JURISDICTION AND VENUE

1.       This Court has jurisdiction over this case ancillary to a foreign proceeding pursuant to 28 U.S.C. §§1334(b) and 157(b)(2)(P).

2.       Venue is properly located in this District pursuant to 28 U.S.C. §§ 1410(2).

3.       The statutory predicate for the relief requested herein is chapter 15 of title 11 of the United States Code including, section 1515 of the Bankruptcy Code.

## PARTIES

4.       Pursuant to an order of the High Court of Justice (Bankruptcy Court) in England (Case No. 306 of 2012) (the "Order") dated March 26, 2012 (i) Kemsley was adjudged bankrupt; and (ii) the Foreign Representative was appointed Joint Trustee in Bankruptcy for the estate of Kemsley, under the Bankruptcy Law of England. A true copy of the Order is attached hereto as Exhibit 1 and the appointment of the Foreign Representative is attached hereto as Exhibit 2.

5.       Kemsley is and at all times relevant was a citizen of England and the center of his main interest is and was in England.

## ASSETS

6.       Upon information and belief, Kemsley's primary assets are in England and the majority of Kemsley's creditors are located in England.

7.       Upon information and belief, Kemsley's assets outside of England are his salary, a potential joint interest in real property located at 3656 Carlton Place, Boca Raton, Florida 33496 and other potential assets valued at *de minimus* amounts on Kemsley's Statement of Financial Affairs filed in the British insolvency proceeding.  *See* Exhibit 1 annexed hereto.

2

8. The Foreign Representative is unaware of any other real or personal property that Kemsley owns in the United States except as set forth above.

## REQUEST FOR RECOGNITION OF FOREIGN PROCEEDING

9. Bankruptcy Code section 1504 provides that "[a] case under this chapter is commenced by the filing of a petition for recognition of a foreign proceeding under section 1515."

10. Bankruptcy Code section 1515[1] sets forth the procedural requirements for filing a petition for recognition. Bankruptcy Code section 1516[2] sets forth presumptions Court entitled make connection the petition. Together section 1515 and 1516 of the Bankruptcy Code establish that the only proof necessary for the Court to grant the petition is that the petitioning

---

[1] **11 U.S.C. § 1515. Application for recognition**

(a) A foreign representative applies to the court for recognition of a foreign proceeding in which the foreign representative has been appointed by filing a petition for recognition.

(b) A petition for recognition shall be accompanied by—

(1) a certified copy of the decision commencing such foreign proceeding and appointing the foreign

representative;

(2) a certificate from the foreign court affirming the existence of such foreign proceeding and of the appointment of the foreign representative; or

(3) in the absence of evidence referred to in paragraphs (1) and (2), any other evidence acceptable to the court of the existence of such foreign proceeding and of the appointment of the foreign representative.

(c) A petition for recognition shall also be accompanied by a statement identifying all foreign proceedings with respect to the debtor that are known to the foreign representative.

(d) The documents referred to in paragraphs (1) and (2) of subsection (b) shall be translated into English. The court may require a translation into English of additional documents.

[2] **11 U.S.C. § 1516. Presumptions concerning recognition**

(a) If the decision or certificate referred to in section 1515(b) indicates that the foreign proceeding is a foreign proceeding and that the person or body is a foreign representative, the court is entitled to so presume.

(b) The court is entitled to presume that documents submitted in support of the petition for recognition are authentic, whether or not they have been legalized.

(c) In the absence of evidence to the contrary, the debtor's registered office, or habitual residence in the case of an individual, is presumed to be the center of the debtor's main interests.

foreign representative is a duly approved foreign representative in a foreign proceeding. This fact may be established by certificates from the foreign court or certified copies of its decision. In addition, this court may presume that these documents are genuine and that the foreign court's decision or certificate is factually correct.

11.     Section 1517 of the Bankruptcy Code[3] provides that after notice and a hearing the court shall enter an order recognizing a foreign proceeding if (1) such foreign proceeding is a main proceeding; (2) the foreign representative applying for recognition is a person; and (3) the petition meets the requirements of section 1515.

12.     Section 1517(b) provides that the foreign proceeding shall be recognized as foreign main proceeding if it is pending in the country where the debtor has its center of main interest.

13.     A "foreign proceeding" means "a collective judicial or administrative proceeding in a foreign country, including an interim proceeding, under a law relating to

---

[3] **11 U.S.C. § 1517. Order granting recognition**

(a) Subject to section 1506, after notice and a hearing, an order recognizing a foreign proceeding shall be entered if—

(1) such foreign proceeding for which recognition is sought is a foreign main proceeding or foreign nonmain proceeding within the meaning of section 1502;

(2) the foreign representative applying for recognition is a person or body; and

(3) the petition meets the requirements of section 1515.

(b) Such foreign proceeding shall be recognized—

(1) as a foreign main proceeding if it is pending in the country where the debtor has the center of its main interests; or

(2) as a foreign nonmain proceeding if the debtor has an establishment within the meaning of section 1502 in the foreign country where the proceeding is pending.

(c) A petition for recognition of a foreign proceeding shall be decided upon at the earliest possible time. Entry of an order recognizing a foreign proceeding constitutes recognition under this chapter.

(d) The provisions of this subchapter do not prevent modification or termination of recognition if it is shown that the grounds for granting it were fully or partially lacking or have ceased to exist, but in considering such action the court shall give due weight to possible prejudice to parties that have relied upon the order granting recognition. A case under this chapter may be closed in the manner prescribed under section 350.

4

insolvency or adjustment of debt in which proceeding the assets and affairs of the debtor are subject to control or supervision by a foreign court, for the purpose of reorganization, or liquidation." Bankruptcy Code § 101(23).

14.    A "foreign main proceeding" means "a foreign proceeding pending in the country where the debtor has the center of its main interest." Bankruptcy Code § 1503(4). Kemsley's British insolvency proceeding qualifies as a foreign main proceeding because (a) the majority of Kemsley's assets are located in England, (b) virtually all of Kemsley's creditors are in England, (c) virtually all of Kemsley's debts are subject to British law, and (d) Kemsley's status in the United States is temporary.

15.    A "foreign representative" means "a person or body, including a person or body appointed on an interim basis, authorized in a foreign proceeding to administer the reorganization or the liquidation of the debtor's assets or affairs or to act as a representative of such foreign proceeding." Bankruptcy Code § 101(24). The Foreign Representative qualifies as a "foreign representative" under this definition.

16.    The Petition meets all the requirements of Section 1517(a) of the Bankruptcy Code and therefore the Court must grant the Petition and enter and order recognizing Kemsley's British insolvency proceeding as a foreign main proceeding.

**NOTICE**

17.    As set forth above, section 1517(a) of the Bankruptcy Code provides that an order recognizing a foreign proceeding shall be entered "after notice and a hearing" where the requirements of the statute are met. Section 102(A) of the Bankruptcy Code provides that the phrase "after notice and a hearing" "means after such notice as is appropriate in the particular circumstances." Under section 102(B) of the Bankruptcy Code, no hearing is required if such

5

notice is given properly and no hearing is requested by a party in interest. Notice of the petition

and the hearing will be given to Kemsley, through his counsel in New York, the Office of the

United States Trustee, Barclays Bank PLC, a United Kingdom entity which has asserted claims

in the British Bankruptcy and duplicate claims in the United States against Kemsley, and

Cosmos Ventures, Inc., which has asserted claims in the United States against Kemsley, through

their counsel in New York. The Foreign Representative knows of no other parties who have

asserted claims against Kemsley or an interest in any assets of Kemsley and thus submits such

notice is appropriate under the circumstances and that no additional or further notice is required

because the only United States person or entity alleging that it is a creditor of Kemsley is

Cosmos Ventures, Inc.  No other known creditors or alleged creditors exist within the United

States.

WHEREFORE, the Foreign Representative prays that this Court enter an order:

(1)     Recognizing the British insolvency proceeding concerning Paul Zeital

Kemsley as a foreign main proceeding pursuant to section 1517 of the Bankruptcy Code;

(2)     Commencing a case ancillary to the foreign main proceeding pursuant to

section 1504 of the Bankruptcy Code; and

(3)     Granting the Foreign Representative such other and further relief as may

be appropriate, from time to time, pursuant to and accordance with Chapter 15 of the Bankruptcy

Code.

6

Dated:  New York, New York            _/s/ Edward E. Neiger_____
        August 21, 2012                Edward E. Neiger, Esq.
                                            Marianna Udem, Esq.
                                            NEIGER LLP
                                            151 West 46th Street, 4th Floor
                                            New York, New York 10036
                                            Tel.: 212-267-7342
                                            Fax:  212-918-3427
                                            *Attorneys for Mark R. Fry as Foreign
Representative*

**EXHIBIT 1**



## BANKRUPTCY ORDER ON A DEBTOR'S PETITION

**IN THE HIGH COURT OF JUSTICE**                                                  NO. 306 of 2012

**IN BANKRUPTCY**

**BEFORE  REGISTRAR DERRETT**

**RE:Paul Zeital Kemsley**

**UPON THE PETITION** of the above named Debtor which was presented on 13th January 2012

**AND UPON HEARING** Counsel for the  Debtor

**AND UPON READING** the petition and the Statement of Affairs

**AND THE COURT BEING SATISFIED** that the EC Regulation does not apply in relation to these proceedings

**IT IS ORDERED THAT** Paul Zeital Kemsley  of 3656 Carlton Place, Boca Raton, Florida 33496, USA the Vice President of Planet Hollywood     be adjudged bankrupt



**DATED THE 26 March 2012**

**TIME: 12.56**

## IMPORTANT NOTICE TO BANKRUPT

[The] [One of the] Official Receiver(s) attached to the Court is by virtue of this Order receiver and manager of the Bankrupt's Estate.

Rule 6.41(1)    **Statement of Affairs (Debtor's Petition)**    Form 6.28
Insolvency Act 1986
In the

NOTE:
These details
will be the same
as those shown at
the top of your
petition
Please complete
this form in black
ink.

In Bankruptcy

No. 0306 of 20 12

Re: **PAUL ZEITAL KEMSLEY**

The 'Guidance Notes' Booklet tells you how to complete this form easily and correctly

Show your current financial position and supply the required information by completing all the pages of this form, which will then be your Statement of Affairs

---

Statement of Truth

I believe that the facts stated-
    a)  in this Statement of Affairs and any continuation sheets; and
    b)  in the declaration on section 12 of this Statement of Affairs, are true.

Full name: **PAUL ZEITAL KEMSLEY**

Signed.................................................................................

Dated.... 13 . 1 . 12 ...............................................

1

| Section 1 : | Personal Details |
|---|---|

| 1.1 | Surname | KEMSLEY |
|---|---|---|
| | Forename(s) | PAUL ZEITAL |
| | Title (Mr, Mrs, Ms etc) | Mr |
| 1.2 | Any other names by which you have been known (such as maiden name, alias or nickname). | N/A |
| 1.3 | Date of birth | 23 August 1967 |
| 1.4 | Place of birth | London |
| 1.5 | National insurance number | |
| 1.6 | Home address | 3656 Carlton Place<br>Boca Raton<br>Florida<br>33496, USA |
| 1.7 | Home telephone number | |
| 1.8 | Mobile telephone number | c/o Lawrence Stephens<br>020 7936 8888 |
| 1.9 | On which telephone number can you be contacted during the day? | c/o Lawrence Stephens<br>020 7936 8888 |
| 1.10 | E-mail address | lkelly@lawstep.co.uk |

1.11    Are you (tick all that apply):

| Single | ☐ | Co-habiting | ☐ | A civil partner | ☐ |
|---|---|---|---|---|---|
| Married | ☐ | Separated | ☐ | A former civil partner | X |
| Divorced | ☐ | Widowed | ☐ | A surviving civil partner | ☐ |

1.12    Are you, or in the last 5 years have you been, involved in proceedings for divorce, separation or the dissolution of a civil partnership?

Yes ☐          No X

If 'No', please go to question 1.14

| Section 1 cont: | Personal Details |
|---|---|

If **Yes**, please give details including any agreed settlement whether formal or informal, and any gifts or transfers of property that occurred in those proceedings.

1.13  Name, address and reference of your solicitor in the proceedings

1.14  Have you been bankrupt before?        Yes [ ]        No [ X ]

If **Yes**, when?

Which court and which Official Receiver's office dealt with the proceedings?

1.15  Have you previously entered, or have you tried to enter, into an Individual Voluntary Arrangement (a formal arrangement with your creditors, ratified by the Court, to pay them in full or part over time)?        Yes [ ]        No [ X ]

If **Yes**, give the name and address of the insolvency practitioner involved and the date of the arrangement.

| Section 1 cont: | Personal Details |
|---|---|

**1.16**  Are you involved in any legal proceedings?     Yes ☐     No ☒

If **Yes**, please give brief details of the nature of the proceedings, the name and address of any solicitor acting for you, the name of the relevant court and any case or reference number.

**1.17**  Are you, or in the last five years, have you been a director or involved in the management of a company?     Yes ☒     No ☐

If '**Yes**', please give details of all the companies in question:

| Name of company | If the company is subject to liquidation administration, administrative receivership or other insolvency proceedings, give details of the Official Receiver's office or insolvency practitioner dealing with the company. |
|---|---|
| PK One Ltd<br>JT Properties LLP<br>The Raz Gold Foundation | |
| The Birchridge Ltd<br>The Rock Group | All these companies are in Administration/Receivership with PWC London |
| For previous Directorships — please see attached sheet | |
| Final Developments Ltd | |

4

| Section 2 : | Business Details |
|---|---|

**Please complete this section if you are or have been self-employed (including a partner in a partnership) at any time in the last two years. If not, go to Section 3.**

| | | |
|---|---|---|
| 2.1 | What was the name of your business? | Rock Property Group |
| 2.2 | State the type of business, trade or profession | Property Investment |
| 2.3 | What was the trading address? (this should also be listed in Section 8) | 7-10 Chandos Street<br>London W1G 9DQ |
| 2.4 | Was the business registered for VAT? | Yes    X    No |
| | If **Yes**, give the VAT number. | |
| 2.5 | If the business was a partnership give the name(s) and address(es) of the partner(s) | Some of the businesses in the Group were LLPs |
| 2.6 | When did the business start trading? | **Approx 2002** |
| 2.7 | If it has stopped trading, when did it do so? | 2009 – the Group collapsed<br>PWC are now dealing as Receivers |
| 2.8 | At what address are your books of account and other accounting records kept? | PWC London – Peter Spratt |
| 2.9 | If you hold records on a computer, provide details of which records are held, what software is used (including any passwords) and state where the computer is. | PWC London – Peter Spratt |
| 2.10 | What is the name and address of your accountant? | My father – Kenny Kemsley<br>6 Dewlands, Turnberry Close, Hendon, London NW4 1JL |
| 2.11 | What is the name and address of your solicitor? | Lawrence Kelly<br>Lawrence Stephens<br>Morley House<br>26 Holborn Viaduct<br>London EC1A 2AT |

| Section 2 cont: | Business Details |
|---|---|

2.12  Have you employed anybody during the last two years?

Yes ☐   No ☒

If **Yes**, do you owe them any money or may any former employee claim that you owe them any money, e.g. for wages, holiday pay or redundancy pay?

Yes ☐   No ☒

**Details of employees to whom money is or may be owing should be included in your list of creditors in Section 4.**

| Section 3: | Assets |
|---|---|

| 3.1 | Details | Approximate value £ |
|---|---|---|
| 1. Cash in Hand | | 80.00 |
| 2. Cash in bank, building society or similar account | | $1,000.00 US |
| 3. Cash held by anyone for you | | Nil |
| 4. Money owed to you | Investments made into Digital Strip Ltd BSTI Ltd<br><br>Estimated to realise: | Nil |
| 5. Tools of your trade | | Nil |
| 6. Stock in trade | | Nil |
| 7. Machinery, plant and equipment | | Nil |
| 8. Fixtures and fittings | | Nil |
| 9. Freehold land and property | | Nil |
| 10. Leasehold land and property | | Nil |

| | Details | Approximate value £ |
|---|---|---|
| 11. Stocks, shares and investments | | Nil |
| 12. Pension policies and other pension entitlements | | Nil |
| 13. Endowment and other life policies | Held by HBOS (UK) | Unknown |
| 14. Motor vehicles | | Nil |
| 15. Farming stock and crops | | Nil |
| 16. National Savings and Premium Bonds | | Nil |
| 17. Any property or possessions abroad in which you have an interest, including timeshares | See 1.6 owned by way of Tenancy by the entirety | |
| 18. Any property or sums due to you under a will or trust | | Nil |
| 19. Any other property of any value e.g. paintings, furniture or jewellery | | Nil |

| Section 3 cont: | Assets |
|---|---|

3.2    Do you have or have you had any endowment or other life    **Yes** [X]    **No** [ ]
policies?

3.3    If **Yes**, give details, including details of lapsed policies.

| Name and address (including postcode) of life assurance company or broker | Policy number | When was it taken out, roughly? | Type of policy | Estimated value of policy £ | Name and address (including postcode) of any concern holding security over the policy |
|---|---|---|---|---|---|
| See 3.1 13 above |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | TOTAL | £ ? |  |

3.4    Apart from state benefits, do you have or have you had any    **Yes** [ ]    **No** [X]
personal pension arrangements?

If **Yes**, give details.

| Name and address of the pension company | Policy number | Roughly when did you take out the policy? How much have you paid in total? | When are the payments to you due to start? | Amount (if any) being received now, and how often/period £ | Value of pension £ |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

9

| Section 3 cont: | Assets |
|---|---|

3.5    Have you in the last five years given away, transferred or sold for less than its true value any property or possessions you owned? This includes the surrender of life, endowment and pension policies.    **Yes** ☐    **No** ☒

If **Yes**, please provide the following details.

| Description of the asset | When did you give away, transfer or sell the asset? | Name and address of recipient | Estimated market value or true value of the asset | Value at which the asset was given away, transferred or sold |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

3.6    In the last 2 years have you made any payment to a creditor, other than in the ordinary course of business, with a view to improving the position of that creditor in case you became subject to insolvency/bankruptcy proceedings?    **Yes** ☐    **No** ☒

If **Yes**, give details.

3.7    Do you own a motor vehicle or have you disposed of any vehicle in the last 12 months? (if you own a motor vehicle, this should also be listed in Q3.1)    **Yes** ☐    **No** ☒

| Section 3 cont: | Assets |
|---|---|

| If **Yes**, please provide the following details: | | |
|---|---|---|
| | Make/Model | |
| | Registration number | |
| | Estimated value £ | |
| | Finance outstanding £ | |
| | Name of finance company | |
| | Reference number of agreement | |
| | Does the vehicle have a valid MOT? If yes, provide expiry date of MOT | |
| | Insurance / Expiry date | |
| | Give your general view on the condition of the vehicle | |
| | Location of vehicle | |
| | Name of any joint owner | |

3.8    If you have disposed of any vehicle in the last 12 months, please specify where the vehicle is now.

| Section 3 cont: | Assets |
| --- | --- |

3.9    Do you have the use of a motor vehicle that you do not own?

Yes [X]    No [ ]

If **Yes**, please provide the following details:

| Registration number | Vary from time to time |
| --- | --- |
| Owner | Leasing Company |
| Estimated value £ | Unknown |

3.10    Has an enforcement officer (previously known as sheriff's officer) / bailiff visited you in the last 6 months?

Yes [ ]    No [X]

(An enforcement officer / bailiff is an officer of the court who may attend to remove assets for sale, if, for example, a judgment debt has not been paid)

If **Yes**, please provide the following details:

| Name of creditor | Amount of claim £ | Date distress levied | Description and estimated value of property seized |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

12

**Section 4:**    **List of Secured Creditors**
(e.g. anyone holding a mortgage or charge over property belonging to you)

| Name of creditor | Address | Account, reference or agreement number (if known) | Amount owing (A) £ | What of yours is claimed and what is its present value? (B) £ | Net amount owing (A-B) £ |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | TOTAL £ |

13

**Section 4 cont:**          **List of Unsecured Creditors**

| Name of creditor | Address | Account, reference or agreement number (if known) | Amount owing £ | Date incurred | What was the debt for? |
|---|---|---|---|---|---|
| HMRC | Debt Management Durrington Bridge House Barrington Road, Worthing West Sussex | 880/1522865 O5 MCA | 3,024,716.32 | 2008 | Income Tax |
| HBOS | THE MOUND, EDINBURGH EH1 1YZ | | 1,500,000.00 | | Personal Loan |
| Barclays Bank plc | Credit Risk, Barclays Wealth, 14th Floor, 1 Churchill Place London E14 5HP | c/o David Farrow | 5,000,000.00 | 2008 | Personal Loan |
| N Gold | c/o RUSHTEAM PROPERTIES To be supplied LTD, 11 BEAVOR LANE, LONDON W6 9AR | | 3,000,000.00 | | J. V. Partner |
| | | **SUB-TOTAL £** | **£12,500,000.00** | | |

14

**Section 4 cont:**

## List of Unsecured Creditors

| Name of creditor | Address | Account, reference or agreement number (if known) | Amount owing £ | Date incurred | What was the debt for? |
|---|---|---|---|---|---|
| V Goldstein | 114 HIGH ROAD, To be supplied LOUGHTON, ESSEX 1610 4LT | | 1,000,000.00 | | Personal Loan |
| A Rapello Ltd | c/o SHELLEY STOCK, NUTTER LLP, 1st FLOOR 7-10 CHANDOS STREET, LONDON W16 9DQ | Raz Air | $12,400,000.00 + £260,000.00 | APPROX £9,000,000 | |
| Scion Media Ltd | 50 BROADWICK STREET, LONDON W15 9RG | | 64,000.00 | | |
| Spreadex Ltd | The Ziggurat, Grosvenor Road, St Albans, Herts AL1 3AW | | 5,000,000.00 | | Spread Betting Account |
| Banana Split | 6 CARLISLE ROAD, To be supplied LONDON NW9 0HW | | $500,000.00 | | |
| Loretta Kemsley | 1014 LAUREL WAY, See 1 above BEVERLEY HILLS, CALIFORNIA, 90210, USA | | 2,000,000.00 | | |
| Simon Dryan | 55 UPHILL ROAD MILL To be supplied HILL, LONDON NW7 4PR | | 1,000,000.00 | | J. V. Partner |
| Barry Moat | WESTFIELD, 10 SESMOND To be supplied PARK WEST, NEWCASTLE-UPON-TYNE, NE7 7BU, | | 3,000,000.00 | | J. V. Partner |
| | | **TOTAL £** | **£34,000,000.00** Approx | | |

15

| Section 5 : | Bank Accounts and Credit Cards |
|---|---|

Note: Include any current liability also shown in Section 4.

5.1  Do you have any cheque cards, cash dispenser cards,
credit or charge cards, debit cards, etc?

**Yes**  [X]    **No**  [ ]

5.2  If **Yes**, provide details.

| Type of card | Card number | Name and address of bank or supplier | Date obtained |
|---|---|---|---|
| Visa | 4325 2242 0030 2665 | RBC Bank USA | |
| Amex Platinum | xxxx xxxxxx 59003 | American Express - USA | |
| | | | |
| | | | |
| | | | |
| | | | |

5.3  Are any of the above accounts or cards
held jointly with anyone else?

**Yes**  [X]    **No**  [ ]

If **Yes**, provide details

RBC with wife

**WARNING:**
If you become bankrupt it may be possible for the Official Receiver to ask your bank or building society to release some or all of a credit balance to you if it is required for your domestic living expenses. However you should not access any account without first contacting the Official Receiver.  If you become bankrupt, you must not use any credit cards or charge cards and should cut them in half and send them to the Official Receiver.

16

| Section 5 cont: | Bank Accounts and Credit Cards |
|---|---|

Note: Include details of accounts with a debit (overdrawn) balance also shown in Section 4.

5.4 Please list any bank, building society or National Savings accounts you hold, or have held in the last two years, including any joint, business or dormant accounts.

| Name and address (including postcodes) of banks etc | Account number | Tick if your regular income is paid into this account | Name of joint account-holder (if applicable) | Balance of account £ |
|---|---|---|---|---|
| Lloyds TSB Bank plc | 11454868<br>16054268<br>16054868<br>16054864 | | | Nil |
| HBOS Loan Account | | | | Nil |
| Barclays Bank Loan Account | | | | £5,000,000.00 O/D |
| Killik & Co<br>Spreadex<br>(Spread Betting Accounts) | | | | Closed |
| | | | | |

| Section 6 : | Employment and Present Income |
|---|---|

The court can order that you pay part of your earnings or other income to your trustee if your income is more than you need to live on. The order is known as an Income Payments Order and is made under section 310 of the Insolvency Act 1986. Alternatively you can enter into a voluntary arrangement with the Official Receiver or trustee called an Income Payments Agreement under section 310A of the Insolvency Act 1986.

You must answer the following questions about your income and outgoings and you may be asked to provide your wage slips or salary statements and bills such as gas or electricity to support your answers. This will enable a decision to be made as to whether an Income Payments Order or an Income Payments Agreement is appropriate.

The court will not make an Income Payments Order, neither would an Income Payments Agreement be agreed, that would leave you too little income to meet the reasonable domestic needs of you and your family.

If an Income Payments Order or an Income Payments Agreement is made against you, the payments will usually stop after 3 years.

If your income increases while you are bankrupt, you must inform your trustee of the increase within 21 days.

6.1  Are you:          employed [X]          self-employed [ ]          unemployed [ ]

If you are unemployed, when did you last work, what was your last job and who was your last employer?

6.2  If employed, what is your job and who is your employer? What is the address of the personnel department and your pay reference number?
When did you start this job?

If self-employed, give the name and address of the business.

> Vice President
> Planet Hollywood
>
> Sport 101 PLLC
> CEO – Contract terms to be negotiated

6.3  What is your average monthly take-home pay (include, for example, overtime, commission and bonuses).

> $7,800 US pcm

£ 4,500

18

| Section 6 cont: | Employment and Present Income |
| --- | --- |

6.4  How much tax do you usually pay each month?

£ N/K.

6.5  How much do you pay in National Insurance each month?

£ N/K.

6.6  Do you receive any other income, including state benefits or tax credits?

Yes [ ]    No [X]

If **Yes**, state from what source (for example pension, state benefits, part-time earnings) and how much you receive each month?

£

6.7  How much do other members of your household contribute each month to the household expenses?

All.  Varied depending on whether I am working.

6.8  Total household income (Q6.3 + 6.6 + 6.7)

£ N/A

6.9  Give your current (or last) Income Tax reference number.

880/1522865 05 MCA

Address of tax office (including postcode)

Durrington Bridge House
Barrington Road
Worthing
West Sussex

Previously HMRC – High Net Worth Unit, Crown House, Victoria Street, Shipley, W Yorks BD17 7TW.  Ref: 914/11NWU/41924 33082

| Section 6 cont: | Employment and Present Income |
|---|---|

6.10   Do you have any current attachment of earnings orders in force against you?           Yes [ ]           No [X]

If **Yes**, give details

| Name of creditor | Date of first payment | Date last payment due | Court | Amount of each payment and whether monthly or weekly £ | Total amount paid to date £ |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Section 7 : | Outgoings |
|---|---|

The information in this section may be used to work out how much, if anything, you can afford to pay your creditors each month. It is important that it is accurate and that you include <u>all</u> necessary expenditure.

7.1  How much do you spend each month on the following:-

**My estranged wife currently pays for all this as I have no income**

| | | |
|---|---|---|
| Mortgage payments or rent on your home | $17,000.00 pcm - Rent | APPROX. £11,000 |
| Housekeeping (including food and cleaning) | $6,000.00 | £4,000 |
| Gas, electricity, other heating | $1,000.00 | £600 |
| Water | £ | |
| Telephone charges | £ | |
| Travelling to and from work and other essential journeys | £ | |
| Clothing | $2,000.00 | £1,300 |
| Maintenance payments and fines | £ | |
| Council tax | £ | |
| Other essential payments (e.g. life/household insurance, car tax & repairs) | $8,000.00 | £5,000 → Provide details of these payments |
| Total | £ | ↓ |

School fees in USA (including Special Needs School).  To the extent my outgoings exceed my income they are paid by my wife.

21

**Section 8 :**

**Current Property**
(including properties used for residential and business purposes)

| 8.1 | Give details of any properties you own. (these should also be listed in Q3.1) | Address, type of property (e.g. flat, semi-detached house), number of bedrooms and whether freehold or leasehold | Approximate value of property (A) £ | Name and address(es) of any joint owner(s) | Name and address of anyone who holds a charge or mortgage over your property. | Amount owing to each secured creditor (B) £ | Net value of the property (A)-(B) £ | What insurance is currently in force and what is its expiry date |
|---|---|---|---|---|---|---|---|---|
| | | Please see 3.1.17 | | Wife | RBC | $750,000 US *£500,000 £1,000,000* | $1,500,000 US | |
| | | | | | | | | |

| 8.2 | Give details of any properties you rent or lease, either alone or jointly. | Address of property | Monthly rent £ | Name and address(es) of any joint tenant(s) | Name and address of landlord |
|---|---|---|---|---|---|
| | | None | | | |
| | | | | | |

**You must take or send to the Official Receiver a copy of your lease or rent agreement.**
**A rent demand or rent book will help if you do not have a copy agreement.**

22

| Section 8 cont: | **Current Property** | |
|---|---|---|

**8.3** Apart from properties that you own, rent or lease, are there any other properties in which you may otherwise have an interest?

Yes [ ]    No [X]

If **Yes**, give details

| Address of property, type of property (e.g. flat, semi-terraced) and number of bedrooms | Who lets you use it? | How much do you pay? | Is there a written agreement? |
|---|---|---|---|
| | | | |
| | | | |

**8.4** Does anyone else have an interest in any of the properties that you own, rent or lease? This interest may be as a sub-tenant, a guarantor of the mortgage, a partner, a joint tenant, joint lessee or otherwise.

Yes [X]    No [ ]

If **Yes**, give details

| Address of property (including postcode) | Name of person with an interest | Their address, if different from the property (including postcode) and reference | Nature of interest |
|---|---|---|---|
| Please see 8.1 | | | |

23

| Section 9 : | Property Disposed of in the last Five Years | | | | | |
|---|---|---|---|---|---|---|
| | | Address of property | Value of property £ | When did you sell, transfer or give away the property? | To whom did you sell, transfer or give away the property? | Net sale proceeds (less any charges and legal fees) £ | Details of solicitor (name and address) who acted on your behalf in the transaction |
| 9.1 | Give details of any properties, owned alone or jointly, that you have sold, given away or transferred in the five years before the presenting of your bankruptcy petition. | Chalet Razzie Courcheval France | I held 10 shares in the French company that owned this property, my wife held 990 shares. Declaration of Trust dated 10 July 2007 | Sold 2009 | Independent third party on the open market | €28,489.00 Represented my 10 shares | Lawrence Graham Monaco |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

24

| Section 10 : | Members of your Household and Dependents |
|---|---|

10.1  Give the names and ages of all occupants of your household and state which, if any, are dependent on you.

> Daniel Kemsley – 16
>
> Atlanta Kemsley – 11
>
> Tatum Kemsley - 10

10.2  Apart from members of your household, is any other person dependent upon you?

**Yes** ☐    **No** ☒ X

If **Yes**, provide details including their name, address and reason for dependency

| Section 11 : | **Causes of Bankruptcy** |
| --- | --- |

11.1    When did you first have difficulty paying your debts?

> 2008 FOLLOWING THE COLLAPSE OF THE Rock Group

11.2    What do you think are the reasons for you not having enough money to pay your debts? You should provide reasons to support your answer. For example, it would not be enough to state "the recession" without explaining its effect on your affairs.

> The property crash led to the failure of my property development group "Rock".
>
> Following this collapse, the income I have been able to generate has not been sufficient to service and repay my creditors. I have existed largely by borrowing from friends and family.

11.3    Have you lost any money through betting or gambling during the last two years?    **Yes** [ ]

**No** [ X ]

If **Yes**, how much have you lost? [ ]

| Section 12 : | **Declaration** |
|---|---|

I hereby confirm that my answers to all the above questions (including any extra information on pages following this declaration) are to the best of my knowledge and belief a true and accurate statement of my affairs as at today's date. I understand that I may be committing a criminal offence if I deliberately give false information in relation to my bankruptcy.

**Your signature**

**Name in
BLOCK CAPITALS**

PAUL ZEITAL KEMSLEY

**Date**

13th JAN 2012 .

| Section 13 : | Extra Information |
|---|---|

| Question No. | If there is insufficient space on any page, you should continue your answer to the question on this page. The question number should be given in the left-hand column. |
|---|---|

| Section 13 cont: | Extra Information |
|---|---|

| Question No. | If there is insufficient space on any page, you should continue your answer to the question on this page. The question number should be given in the left-hand column. |
|---|---|

| # | Company Name | App.Type | Resign Date | Dissolved Date |
|---|---|---|---|---|
| 6087356 | 48-50 MINORIES LIMITED | Previous Director | 28/05/2009 | |
| 5373322 | A RIGHT RESULT LIMITED | Director | | 16/02/2010 |
| 3623084 | ACTIONCOURT LIMITED | Director | | 24/11/2009 |
| 6126610 | ANCHOR RETAIL PARK LIMITED | Previous Director | 28/05/2009 | |
| 5424889 | ASTRADE LIMITED | Previous Director | 28/05/2009 | |
| 5983574 | BORDERLINE ESTATES LIMITED | Previous Director | 28/05/2009 | |
| 3768181 | BRANDTECH LIMITED | Director | | 17/11/2009 |
| 5995631 | COMMANDER ESTATES LIMITED | Previous Director | 28/05/2009 | |
| 3569546 | CRESTWELL ENTERPRISES LIMITED | Director | | 22/12/2009 |
| 3842953 | CROWNVIEW PROPERTIES LIMITED | Director | | 20/04/2010 |
| 3560058 | DANTONE ESTATES LIMITED | Director | | 20/04/2010 |
| 3353004 | FINAL DEVELOPMENTS LIMITED | Previous Director | 06/07/2009 | |
| 4820324 | FINEST PROPERTIES LIMITED | Previous Director | 28/05/2009 | |
| 4261533 | FIREMOUNT LIMITED | Previous Director | 28/05/2009 | |
| 4381777 | FYREWOODE PROPERTIES LIMITED | Director | | 04/08/2009 |
| 4328912 | GATEACRE PROPERTIES LIMITED | Director | | 11/05/2010 |
| 3987505 | GOODVIEW LIMITED | Previous Director | 28/05/2009 | |
| 5993721 | HPR NOMINEES NO.1 LIMITED | Director | | 24/03/2009 |
| 4120296 | INSIGNIACORP LIMITED | Previous Director | 28/05/2009 | |
| 6016644 | KILMORIE PROPERTIES LIMITED | Previous Director | 28/05/2009 | |
| 6264705 | LILYWHITE PROPERTIES LIMITED | Previous Director | 28/05/2009 | |
| 5504296 | MASH (THE FORGE) LIMITED | Previous Director | 18/03/2009 | |
| 4397417 | NEWSPACE DEVELOPMENTS LIMITED | Previous Director | 28/05/2009 | |
| 3418719 | OAKGROVE PROPERTIES LIMITED | Director | | 05/01/2010 |
| 5767420 | PEACE ESTATES LIMITED | Previous Director | 28/05/2009 | |
| 5057070 | PEERLESS PROPERTIES LIMITED | Director | | 04/08/2009 |
| 6582735 | PK THREE LIMITED | Director | | 24/08/2010 |
| 5057073 | POLYGON ESTATES LIMITED | Previous Director | 28/05/2009 | |
| 4817907 | PRECIOUS ESTATES LIMITED | Previous Director | 28/05/2009 | |
| 6222186 | PREK LIMITED | Previous Director | 28/05/2009 | |
| 5090993 | PRUDENT PREMISES LIMITED | Previous Director | 28/05/2009 | |
| 4347145 | ROCK 007 LIMITED | Director | | 20/04/2010 |
| 5504319 | ROCK EIGHT LIMITED | Director | | 28/04/2009 |
| 5504286 | ROCK ELEVEN LIMITED | Director | | 05/05/2009 |
| 5439122 | ROCK FOUR LIMITED | Previous Director | 28/05/2009 | |
| 5091023 | ROCK FOURTEEN LIMITED | Previous Director | 28/05/2009 | |
| 5195475 | ROCK FREEHOLDS LIMITED | Previous Director | 28/05/2009 | |
| 4800398 | ROCK INVESTMENT HOLDINGS LIMITED | Previous Director | 28/05/2009 | |
| 4165651 | ROCK INVESTMENTS (LONDON) LIMITED | Director | | 04/08/2009 |
| 5131954 | ROCK INVESTMENTS 2004 LIMITED | Director | | 11/05/2010 |
| 5898976 | ROCK JOINT VENTURES LIMITED | Previous Director | 28/05/2009 | |
| 6222167 | ROCK JV (NUMBER 1) LIMITED | Previous Director | 28/05/2009 | |
| 6438002 | ROCK JV (NUMBER 10) LIMITED | Director | | 28/04/2009 |
| 6438003 | ROCK JV (NUMBER 11) LIMITED | Director | | 28/04/2009 |
| 6437983 | ROCK JV (NUMBER 12) LIMITED | Director | | 28/04/2009 |
| 6437984 | ROCK JV (NUMBER 13) LIMITED | Director | | 05/05/2009 |
| 6437986 | ROCK JV (NUMBER 14) LIMITED | Director | | 05/05/2009 |
| 6222175 | ROCK JV (NUMBER 2) LIMITED | Previous Director | 28/05/2009 | |
| 6446092 | ROCK JV (NUMBER 20) LIMITED | Director | | 28/04/2009 |
| 6446095 | ROCK JV (NUMBER 22) LIMITED | Director | | 28/04/2009 |
| 6446100 | ROCK JV (NUMBER 24) LIMITED | Director | | 28/04/2009 |
| 6446096 | ROCK JV (NUMBER 26) LIMITED | Director | | 28/04/2009 |
| 6446099 | ROCK JV (NUMBER 28) LIMITED | Director | | 05/05/2009 |
| 6222178 | ROCK JV (NUMBER 3) LIMITED | Director | | 05/05/2009 |
| 6222183 | ROCK JV (NUMBER 4) LIMITED | Director | | 28/04/2009 |
| 5090991 | ROCK ONE LIMITED | Previous Director | 28/05/2009 | |
| 6599897 | ROCK OP (NUMBER 1) LIMITED | Previous Director | 28/05/2009 | |

| # | Company Name | App.Type | Resign Date | Dissolved Date |
|---|---|---|---|---|
| 5439125 | ROCK SIX LIMITED | Previous Director | 28/05/2009 | 28/07/2009 |
| 5504289 | ROCK TEN LIMITED | Previous Director | 28/05/2009 | |
| 5195476 | ROCK THREE LIMITED | Previous Director | 28/05/2009 | |
| 5179565 | ROCK TWO LIMITED | Previous Director | 28/05/2009 | |
| 5868296 | ROCK VENTURES MANAGEMENT LIMITED | Director | | 09/02/2010 |
| 5895576 | SELHURST PARK LIMITED | Previous Director | 28/05/2009 | |
| 5885632 | SIGNATURE RESORTS (UK) LIMITED | Previous Director | 28/05/2009 | |
| 5993133 | SON OF ROCK LIMITED | Director | | 05/05/2009 |
| 5890733 | SUFFICIENT LIMITED | Director | | 02/03/2010 |
| 4697987 | UNIVERSAL HOUSING LIMITED | Director | | 24/02/2009 |
| 5984787 | WIZARDRY LIMITED | Previous Director | 28/05/2009 | |
| 4382125 | WIZEWOOD ESTATES LIMITED | Director | | 04/08/2009 |
| 3602543 | JUMBO LAND LIMITED | | | |
| 5298263 | ROCK INVESTMENTS U.K. LIMITED | | | |
| 6448613 | ROCK JV (NUMBER 29) UNLIMITED | | | |
| 6592548 | ROCK OP LIMITED | | | |

**EXHIBIT 2**

IN THE HIGH COURT OF JUSTICE                                    306 of 2012

# PAUL ZEITAL KEMSLEY

## IN BANKRUPTCY

**THIS IS TO CERTIFY** that

Mr M R FRY of BEGBIES TRAYNOR (CENTRAL) LLP of 32 Cornhill, London, EC3V 3BT

and

Miss K PROVAN of BEGBIES TRAYNOR (CENTRAL) LLP of 32 Cornhill, London, EC3V 3BT

have been appointed as joint trustees of the bankruptcy estate of PAUL ZEITAL KEMSLEY with effect from 2 April 2012 .

Any act required or authorised under any enactment to be done by the trustee(s) is to be done by one or more of the above named persons.

On behalf of the Secretary of State

Date. 2 April 2012

*I hereby certify that this document is a true copy of the Certificate of Appointment of the Joint Trustees in Bankruptcy*

MARK R. FRY
F.I.P.A., F.A.B.R.P.



Edward E. Neiger
Marianna Udem
NEIGER LLP
151 West 46th Street
4th Floor
New York, NY 10036
Tel: 212-267-7342
eneiger@neigerllp.com
mudem@neigerllp.com

*Attorneys for Mark R. Fry,*
*as Foreign Representative*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No: - __-_____ |
| PAUL ZEITAL KEMSLEY, | Chapter 15 |
| Debtor. | |

**LIST OF NAMES AND ADDRESSES IN SUPPORT OF PETITION
FOR RECOGNITION IN COMPLIANCE OF FOREIGN PROCEEDING
IN COMPLIANCE WITH INTERIM RULE 1007(a)(4) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE
OF A FOREIGN PROCEEDING**

Mark R. Fry (hereinafter the "Foreign Representative"), the duly appointed bankruptcy trustee in the British bankruptcy proceeding of Paul Zeital Kemsley, pursuant to Bankruptcy Law of England, by and through his undersigned counsel, hereby submits a List of Names and Addresses in Support of Petition for Recognition of Foreign Proceeding in Compliance with Interim Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

1. Names and Addresses of all Administrators in Foreign Proceeding of the Debtor.

   Mark R. Fry
   Kirstie Jane Provan
   Begbies Traynor (Central) LLP
   32 Cornhill, London, EC3V 3BT

2.      <u>All parties to any Litigation in which Debtor is a Party and that is Pending
in the United States of America.</u>

The Foreign Representative is aware of only three litigation matters to which the

Debtor is a party in the United States of America.

- *Paul Kemsley and Loretta Kemsley v. Harvey J. Mack and H J Mack Construction, LLC*

  pending in the Supreme Court of the State of New York, County of New York, Index No.

  113121/2010.

- *Barclays Bank PLC v. Paul Kemsley* pending in the Supreme Court of the State of New

  York, County of New York, Index No. 650611/2012.

- *Florida Cosmos Holdings LLC v. Cosmos Ventures, Inc.* and *Cosmos Ventures Inc., v.*

  *Florida Cosmos Holdings LLC, Paul Kemsley and Loretta Kemsley* pending in the United

  States District Court for the Southern District of New York, Case No. 12-cv-1932.

3.      <u>All entities against whom provision relief is being sought under § 1519 of
the Code.</u>

At the present time, the Foreign Representative is not seeking provisional relief

against any entities.

Dated:  New York, New York          _Edward E. Neiger_____
        August 21, 2012             Edward E. Neiger, Esq.
                                    Marianna Udem, Esq.
                                    NEIGER LLP
                                    151 West 46th Street, 4th Floor
                                    New York, New York 10036
                                    Tel.: 212-267-7342
                                    Fax:  212-918-3427
                                    *Attorneys for Mark R. Fry as Foreign*
                                    *Representative*