Jeff E. Butler
Benjamin Peacock
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY  10019-6131
Telephone:     (212) 878-8000
Facsimile:     (212) 878-8375

*Attorneys for Barclays Bank PLC*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| *In re* : | |
| : | Chapter 15 |
| : | |
| PAUL ZEITAL KEMSLEY, : | Case No. 12-13570 (JMP) |
| : | |
| : | |
| Debtor. : | |

---

# CORPORATE OWNERSHIP STATEMENT OF
## BARCLAYS BANK PLC

Pursuant to Federal Rules of Bankruptcy Procedure 1011(f) and 7007.1, Barclays Bank PLC ("Barclays") states that Barclays is a wholly owned subsidiary of Barclays PLC, a company organized under the laws of England and Wales whose shares are publicly traded.  To the best of Barclays' knowledge, no person owns 10 percent or more of any class of the equity interests of Barclays PLC.

- 2 -

Dated: New York, New York
November 28, 2012

By: _____/s/ Jeff E. Butler_____
    Jeff E. Butler
    Benjamin Peacock

31 West 52nd Street
New York, New York 10019-6131
Tel. (212) 878-8000
Fax (212) 878-8375